# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5002**                                                **September Term, 2021**

**1:20-cv-03375-UNA**

**Filed On:** September 15, 2021

In re: Sealed Case,

# UNDER SEAL JUDGMENT
# NOT AVAILABLE TO THE PUBLIC